1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  FREDDY RODRIGUEZ,                    1:13-cv-00129 BAM (HC)

12                                       ORDER TRANSFERRING CASE TO THE
                                         UNITED STATES DISTRICT COURT FOR
13              Petitioner,              THE CENTRAL DISTRICT OF
                                         CALIFORNIA
14  vs.

15  KATE HOLLAND,

16              Respondent.

17  _____/

18

19         Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to 28

20  U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

21         The federal venue statute requires that a civil action, other than one based on diversity

22  jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

23  reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

24  giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is

25  situated, or  (3) a judicial district in which any defendant may be found, if there is no district in which

26  the action may otherwise be brought." 28 U.S.C.  §  1391(b).

27         In this case, the petitioner is challenging a conviction from Orange County, which is in the

28  Central District of California.  Therefore, the petition should have been filed in the United States District

1  Court for the Cental  District of California.  In the interest of justice, a federal court may transfer a case

2  filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d

3  918, 932 (D.C. Cir. 1974).

4       Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States

5  District Court for the Central District of California.

6       IT IS SO ORDERED.

7  **Dated:    February 4, 2013**          /s/ **Barbara A. McAuliffe**
                                           UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28