O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDDY RODRIGUEZ, | ) | CASE NO. SA CV 13-00205 GAF (RZ) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| KATE HOLLAND, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of FREDDY RODRIGUEZ, for a writ of habeas corpus.  Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: August 5, 2013

**JS-6**

GARY A. FEESS
UNITED STATES DISTRICT JUDGE